| Figure | Marketfleet Infringing Product |
|---|---|
| FIG. 1 | |
| FIG. 2 | |



FIG. 3

FIG. 4

FIG. 5



FIG. 6



FIG. 7