# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-00163-MSK

EXXEL OUTDOORS, LLC

        Plaintiff,

   v.

MARKETFLEET, INC. d/b/a
WINTERIAL, and
MARKETFLEET SOURCING, INC.,

        Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to an agreement for settlement and Fed. R. Civ. P. 41, all parties to this action, by and through their respective attorneys, hereby stipulate that this action with all claims and counterclaims shall be dismissed with prejudice.  Each party is to bear its own fees and costs associated with this action.

Dated:  June 13, 2017　　　　　　　　　Respectfully submitted,

                                       *s/ Zane A. Gilmer*
                                       Zane A. Gilmer
                                       STINSON LEONARD STREET LLP
                                       6400 S Fiddlers Green Circle, Suite 1900
                                       Greenwood Village, CO 80111
                                       Telephone:  (303) 376-8400
                                       Facsimile:  (303) 376-8439
                                       zane.gilmer@stinson.com

B. Scott Eidson
Samir R. Mehta
STINSON LEONARD STREET LLP
7700 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 863-0800
Facsimile: (314) 259-3924
scott.eidson@stinson.com
samir.mehta@stinson.com

*Attorneys for Plaintiff Exxel Outdoors, LLC*

       and

*s/ Jean G. Vidal*
Jean G. Vidal
Jvidal@ferraiuoli.com
Eugenio J. Torres Oyola
etorres@ferraiuoli.com
Ferraiuoli LLC
221 Ponce de Leon Avenue
Suite 500
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

*s/ Zane A. Gilmer*
Zane A. Gilmer
